UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMARI J. MOODY,

               Plaintiff,

      -against-

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.

              Defendants.

-----------------------------------------------------------------X

25-CV-08671 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of Defendant's representation at ECF No. 39, the telephonic conference in this case is hereby rescheduled to **Tuesday, April 14, 2026 at 10:00 a.m.** The parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial **(646) 453-4442**, passcode [**209 483 035**#].

      The Clerk of the Court is respectfully directed to close the motion at ECF No. 39.

      **SO ORDERED.**

DATED:    New York, New York
           February 6, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge