UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMARI J. MOODY,

                Plaintiff,

-against-

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.

                Defendant.

-----------------------------------------------------------------X

25-CV-08671 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff requested leave to file certain protected health information under seal. See ECF No. 73. Plaintiff's request is granted, and Plaintiff is directed to file a public version of the documents with protected health information redacted, as well as filing a version without redactions under seal. Plaintiff is also directed to refile his motion to seal filed at ECF No. 73 publicly, with any protected health information redacted.

The Clerk of Court is respectfully directed to close the motion at ECF No. 73.

**SO ORDERED.**

DATED:     New York, New York
            April 2, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge