UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AMARI J. MOODY,

      Plaintiff,       25-CV-08671 (JHR) (VF)

   -against-          **ORDER**

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.

      Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

   A telephonic conference in this case to discuss the motion to dismiss is hereby scheduled

for **Monday, June 22 at 4:00 p.m.** The parties are directed to call Judge Figueredo's conference

line at the scheduled time. Please dial **(646) 453-4442**, passcode [**559 078 637#**].

   **SO ORDERED.**

DATED:  New York, New York
     June 18, 2026

               _____
               VALERIE FIGUEREDO
               United States Magistrate Judge